AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Carnes, Julie E. | **2. Court or Organization**<br><br>Eleventh Circuit Court of Appeals | **3. Date of Report**<br><br>04/09/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active (thru 06/17/18); Senior | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |
| **7. Chambers or Office Address**<br><br>56 Forsyth Street, N.W.<br>Suite 360<br>Atlanta, Georgia 30303 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Executor | Estate #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 04/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Spouse - retirement benefit, former partner in law firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carnes, Julie E.** | 04/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | University of Georgia Athletic Association | Tickets to UGA football games | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Associated Credit Union cash acc't | B | Interest | M | T | | | | | |
| 2. SunTrust Bank cash acc't | A | Interest | O | T | | | | | |
| 3. Trust #1 | | | | | | | | | |
| 4. - Suntrust Bank cash acc't | A | Interest | J | T | | | | | |
| 5. - Northwestern Mutual whole life insurance | B | Dividend | K | T | | | | | |
| 6. Wells Fargo Bank cash acc't | A | Interest | K | T | | | | | |
| 7. Capital One 360 cash acc't | B | Interest | N | T | Closed | 08/02/18 | N | A | |
| 8. Prudential Life Insurance Company Variable Annuity | | | | | | | | | |
| 9. - AST Blackrock Global Strategies Port | A | Dividend | O | T | | | | | |
| 10. Athens GA Hsg Auth Rev UGARFDG East Campus 12/1/24 | C | Interest | L | T | | | | | |
| 11. ATLANTA GA URBAN REDEV AGY REV REF BDS MAY17 05.000% DEC01 2028 | C | Interest | M | T | Buy | 11/09/18 | M | | |
| 12. ATLANTA GA WTR & WASTEWTR REV RF NOV01 2022 | B | Interest | L | T | | | | | |
| 13. ATLANTA GA WTR & WASTEWTR REV RF NOV01 2033 | B | Interest | L | T | | | | | |
| 14. CHEROKEE CNTY GA SCH SYS GO BDS 2017 SCH GTD MAY17 05.000% FEB01 2028 | B | Interest | M | T | Buy | 06/28/18 | M | | |
| 15. CHEROKEE CNTY GA SCH SYS GO BDS 2018 SCH GTD MAY18 05.000%AUG01 2029 | A | Interest | K | T | Buy | 05/04/18 | K | | |
| 16. COLUMBIA CNTY GA SCH DIST SCH GTD APR01 2022 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 17. COLUMBIA CNTY GA GO BDS 2017 FEB17 05.000%JAN01 2034 | B | Interest | K | T | | | | | |
| 18. CONNECTICUT ST HEALTH & EDL FACS AUTH REV SER M APR16 05.000%JUL012026 | C | Interest | M | T | | | | | |
| 19. DEKALB NEWTON GWINNETT GA JDA REF BDS GGC REAL MAY18 05.000%JUN01 2026 | C | Interest | L | T | Buy | 05/17/18 | L | | |
| 20. Fulton Cnty GA Dev Auth Rev Catholic B 11/15/2023 | B | Interest | K | T | | | | | |
| 21. GEORGIA MUN ASSN INC CTFS PARTN COPS CITY OF FEB18 05.000%DEC01 2032 | C | Interest | M | T | Buy | 02/27/18 | M | | |
| 22. GEORGIA ST SER A JAN01 2023 | C | Interest | L | T | | | | | |
| 23. GEORGIA ST HIGHER ED FACS AUTH REV USG RF JUN15 2021 | B | Interest | L | T | | | | | |
| 24. GEORGIA ST RD & TWY AUTH REV REV BDS 2017 SER A AUG17 05.000%JUN012026 | C | Interest | M | T | | | | | |
| 25. GWINNETT CNTY GA SCH DIST RF FEB01 2024 | C | Interest | L | T | | | | | |
| 26. GWINNETT CNTY GA DEV AUTH REV REF REV BDS A MAY17 05.000%JUL01 2025 | C | Interest | L | T | | | | | |
| 27. HENRY CNTY GA SALES TAX MAY01 2020 | C | Interest | L | T | | | | | |
| 28. JEA FLA ELEC SYS REV SUB-SER SER B B RF Maty: 10/1/22 | A | Interest | K | T | Sold (part) | 01/31/18 | M | C | |
| 29. Kentucky ST PPTY & BLDGS Nov 01/18 | D | Interest | | | Redeemed | 11/01/18 | M | A | |
| 30. METRO ATLANTA RTA GA SLS TAXRV RF NPFG JUL01 2023 | D | Interest | M | T | | | | | |
| 31. RICHMOND CNTY GA BRD ED SALES TAX SCH GTD FEB17 05.000%OCT01 2021 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 32. SALT LAKE CNTY UTAH CROSSOVER RF OCT16 05.000%DEC15 2024 | C | Interest | L | T | | | | | |
| 33. SANDY SPRINGS GA PUB FACS AUTH REV CITY CTR MAY01 2025 | B | Interest | M | T | | | | | |
| 34. Tampa FLA Health Sys Rev Baycare Health RF 11/15/2023 | B | Interest | L | T | | | | | |
| 35. WALTON CNTY GA WTR & SEW AUTH REV SER A RF MAR16 05.000%FEB01 2027 | B | Interest | L | T | | | | | |
| 36. Washington Cnty Ore. CLEAN WTR SVCS SEW REV A Maty: 10/1/19 | D | Interest | M | T | | | | | |
| 37. BIF MONEY FUND | A | Interest | L | T | | | | | |
| 38. Schwab Money Market Fund cash acc't | A | Interest | M | T | | | | | |
| 39. Merrill Lynch Bank cash acc't | A | Interest | M | T | | | | | |
| 40. AMERICAN CAPITAL INCOME BUILDER FD CL F2 (CAIFX) | C | Dividend | | | Sold (part) | 05/16/18 | K | A | |
| 41. | | | | | Sold | 12/20/18 | M | A | |
| 42. AMERICAN BOND FD OF AMERICA CL F2 (ABNFX) | C | Dividend | | | Sold (part) | 05/16/18 | K | A | |
| 43. | | | | | Sold | 11/07/18 | M | A | |
| 44. AMERICAN FUNDS INCOME FUND OF AMERICA CL F2 (AMEFX) | D | Dividend | M | T | Sold (part) | 05/16/18 | K | B | |
| 45. AMERICAN GROWTH FUND OF AMERICA CL F2 (GFFFX) | A | Dividend | | | Buy | 01/02/18 | M | | |
| 46. | | | | | Sold (part) | 05/16/18 | K | A | |
| 47. | | | | | Sold | 12/13/18 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 48. BANK OF AMERICA, NA RASP (IIAXX) | A | Interest | K | T | | | | | |
| 49. Blackrock Multi Asset INCOME PORTFOLIO INSTL (BIICX) | A | Dividend | | | Sold | 01/02/18 | M | B | |
| 50. BLACKROCK STRATEGIC INCOME OPPRTNTS PTF (BSIIX) | B | Dividend | L | T | Sold (part) | 05/16/18 | L | A | |
| 51. FIRST TRUST PREFERRED SECS AND INCOME ETF (FPE) | B | Dividend | | | Buy | 08/16/18 | L | | |
| 52. | | | | | Sold | 12/13/18 | L | A | |
| 53. FIRST TRUST EXCHANGE-TRADED FD IV SHS (FTSL) | B | Dividend | L | T | Buy | 08/16/18 | L | | |
| 54. FIRST TRUST ENHANCED SHORT MATURITY ETF (FTSM) | A | Dividend | L | T | Buy | 08/16/18 | L | | |
| 55. FIRST TRUST LOW DURATION OPPORTUNITIES (LMBS) | A | Dividend | L | T | Buy | 08/16/18 | L | | |
| 56. ISHARES IBOXX $ INVT GRADE CORP BOND (LQD) | C | Dividend | K | T | Buy (add'l) | 05/16/18 | J | | |
| 57. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 58. | | | | | Sold (part) | 02/01/18 | J | A | |
| 59. | | | | | Sold (part) | 03/05/18 | J | A | |
| 60. | | | | | Sold (part) | 08/16/18 | M | A | |
| 61. ISHARES CORE HIGH DIVIDEND ETF (HDV) | D | Dividend | M | T | Sold (part) | 05/16/18 | K | B | |
| 62. ISHARES EDGE MSCI MIN VOL EMERGING MARKETS ETF (EEMV) | A | Dividend | K | T | Buy | 12/20/18 | K | | |
| 63. Ishares Select Divid Index FD (DVY) | C | Dividend | M | T | Sold (part) | 05/16/18 | K | D | |
| 64. ISHARES S&P 100 (OEF) | B | Dividend | M | T | Sold (part) | 05/16/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. ISHARES TRUST SHS ISHARE EAFE MINIMUM VOL (EFAV) | D | Dividend | M | T | Sold (part) | 05/16/18 | L | D | |
| 66. LORD ABBETT SHORT DURATION INCOME FD CL F (LDLFX) | A | Dividend | L | T | Buy | 11/07/18 | L | | |
| 67. LORD ABBETT ULTRA SHORT BOND FUND CL F (LUBFX) | A | Dividend | L | T | Buy | 11/07/18 | L | | |
| 68. LORD ABBETT BOND DEBENTURE FD CL F (LBDFX) | D | Dividend | L | T | Sold (part) | 05/16/18 | K | B | |
| 69. JP MORGAN GLOBAL BOND OPPORTUNITIES FUND (GBOSX) | B | Dividend | M | T | Sold (part) | 05/16/18 | K | A | |
| 70. | | | | | Sold | 08/16/18 | L | A | |
| 71. JP Morgan Income Builder Fund CL Select (JNBSX) | C | Dividend | | | Sold (part) | 05/16/18 | K | A | |
| 72. | | | | | Sold | 09/05/18 | L | A | |
| 73. J P MORGAN EXCHANGE ETF ULTRA SHORT INCOME ETF (JPST) | A | Dividend | L | T | Buy | 12/13/18 | L | | |
| 74. PIMCO INVESTMENT GRADE CORPORATE BOND FD CL P (PBDPX) | B | Dividend | | | Sold (part) | 05/16/18 | K | A | |
| 75. | | | | | Sold | 08/16/18 | L | A | |
| 76. PIMCO INCOME FUND CL P (PONPX) | D | Dividend | M | T | Sold (part) | 05/16/18 | L | A | |
| 77. PIMCO STOCKSPLUS SMALL FUND CL 12 F (PCKPX) | C | Dividend | | | Buy | 09/05/18 | K | | |
| 78. | | | | | Sold | 12/13/18 | K | A | |
| 79. PIMCO LOW DURATION INCOME FUND CL 12 (PFTPX) | A | Dividend | L | T | Buy | 09/05/18 | K | | |
| 80. | | | | | Buy (add'l) | 12/13/18 | K | | |
| 81. VANECK VECTORS J.P MORGAN EM LOCAL CCY BOND ETF (EMLC) | A | Dividend | J | T | Buy | 05/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. | | | | | Sold (part) | 06/20/18 | J | A | |
| 83. Thornburg Limited Term Municipal Fund CL I (LTMIX) | B | Dividend | L | T | | | | | |
| 84. ALLIANZ GI NFJ EMRG MKTS VALUE INST (AZMIX) | A | Dividend | J | T | Buy | 08/31/18 | J | | |
| 85. AMERICAN CENTURY MID CAP VALUE FD INV CL (ACMVX) | A | Dividend | | | Sold | 06/14/18 | L | A | |
| 86. AMERICAN CENTURY HIGH YIELD MUNI I (AYMIX) | A | Dividend | | | Buy | 06/14/18 | K | | |
| 87. | | | | | Sold | 12/06/18 | K | A | |
| 88. AMERICAN CENTURY INFL ADJUSTED BD I (AIAHX) | B | Dividend | J | T | Buy | 06/14/18 | K | | |
| 89. AMERICAN CENTURY MID CAP VALUE FD CL I (AVUAX) | D | Dividend | K | T | Buy | 06/14/18 | K | | |
| 90. American Century Inflation ADJ BD INV (ACITX) | A | Dividend | | | Sold | 06/14/18 | K | A | |
| 91. AMERICAN CENTURY HIGH YIELD MUNI INV (ABHYX) | A | Dividend | | | Sold | 06/14/18 | K | A | |
| 92. BAIRD AGGREGATE BOND INST (BAGIX) | D | Dividend | M | T | Sold (part) | 12/06/18 | L | A | |
| 93. BAIRD CORE PLUS BD INST (BCOIX) | C | Dividend | M | T | | | | | |
| 94. BARON EMRG MKTS FD INST (BEXIX) | A | Dividend | K | T | Buy | 10/18/18 | K | | |
| 95. BARON EMRG MKTS FD RETAIL (BEXFX) | A | Dividend | | | Sold | 10/18/18 | K | A | |
| 96. BARON SMALL CAP FUND (BSCFX) | A | Dividend | | | Sold | 08/31/18 | L | E | |
| 97. BROWN ADVISORY GROWTH EQUITY INST (BIAGX) | E | Dividend | M | T | | | | | |
| 98. COLUMBIA CONTRARIAN CORE FD CL Z (SMGSZ) | C | Dividend | | | Sold | 06/18/18 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 99. COLUMBIA CONTRARIAN CORE FD CL INST 2 (COFRX) | D | Dividend | L | T | Buy | 06/18/18 | L | | |
| 100. FEDERATED SHORT INTERMEDIATE DURATION MUNI TR INST (FSHIX) | C | Dividend | M | T | | | | | |
| 101. FMI INTL FD (FMIJX) | B | Dividend | | | Sold | 06/18/18 | L | A | |
| 102. FMI INTL FD INST (FMIYX) | D | Dividend | L | T | Buy | 06/18/18 | L | | |
| 103. FEDERATED TOTAL RETURN BOND FD INST CL (FTRBX) | D | Dividend | M | T | | | | | |
| 104. FIDELITY CONTRA FUND (FCNTX) | E | Dividend | M | T | | | | | |
| 105. FRANKLIN GROWTH FUND ADV CL (FCGAX) | B | Dividend | L | T | | | | | |
| 106. Franklin Rising Dividends FD (FRDAX) | C | Dividend | L | T | | | | | |
| 107. INVESCO (formerly GUGGENHEIM) BULTSH 2020 CORP BOND ETF (BSCK) | A | Dividend | J | T | | | | | |
| 108. GOLDMAN SACHS INTL SMALL CAP INSIGHTS I (GICIX) | A | Dividend | L | T | Buy | 08/31/18 | L | | |
| 109. HARBOR INTERNATIONAL FUND INST CL (HAINX) | C | Dividend | | | Sold | 08/31/18 | L | B | |
| 110. ISHARES TRUST JP MORGAN USD EMERGING MARKETS ETF (EMB) | A | Dividend | J | T | Sold (part) | 09/05/18 | J | A | |
| 111. ISHARES 20+ TREASURY BOND ETF (TLT) | A | Dividend | J | T | | | | | |
| 112. ISHARES COMMODITIES SELECT STRATEGY ETF (COMT) | B | Dividend | J | T | Buy (add'l) | 04/04/18 | K | | |
| 113. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 114. | | | | | Sold (part) | 10/31/18 | J | A | |
| 115. | | | | | Sold (part) | 11/29/18 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116. ISHARES CURRENCY HEDGED MSCI GERMANY ETF (HEWG) | A | Dividend | | | Sold | 05/03/18 | J | A | |
| 117. ISHARES MSCI JAPAN ETF NEW (EWJ) | A | Dividend | | | Sold | 05/03/18 | J | A | |
| 118. ISHARES MSCI EAFE SMALL CAP ETF (SCZ) | C | Dividend | L | T | | | | | |
| 119. ISHARES S&P U S PFD FUND S&P U S PFD STK INDEX FD (PFF) | B | Dividend | K | T | | | | | |
| 120. ISHARES CORE US AGGREGATE BOND ETF (AGG) | B | Dividend | L | T | Buy (add'l) | 02/01/18 | J | | |
| 121. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 122. | | | | | Buy (add'l) | 11/29/18 | J | | |
| 123. ISHARES SHORT TERM CORPORATE BOND ETF (IGSB) (see Part VIII) | A | Dividend | | | Sold | 12/06/18 | L | A | |
| 124. ISHARES 3-7 YEAR TREASURY BOND ETF (IEI) | A | Dividend | K | T | Buy | 05/16/18 | K | | |
| 125. ISHARES CORE S&P TOTAL U.S. STOCK MARKET ETF (ITOT) | A | Dividend | L | T | Buy | 12/13/18 | L | | |
| 126. ISHARES MBS ETF (MBB) | A | Dividend | K | T | Buy | 05/16/18 | K | | |
| 127. ISHARES EDGE MSCI MIN VOL USA ETF (USMV) | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 128. ISHARES 1-3 YEAR TREASURY BOND ETF (SHY) | A | Dividend | K | T | Buy | 10/31/18 | K | | |
| 129. ISHARES CORE 15 YEAR USD BOND ETF (ISTB) | A | Dividend | K | T | Buy | 02/01/18 | K | | |
| 130. | | | | | Buy (add'l) | 03/05/18 | K | | |
| 131. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 132. ISHARES CORE S&P SMALL CAP ETF (IJR) | A | Dividend | | | Buy | 06/05/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 133. | | | | | Sold | 10/31/18 | K | A | |
| 134.  ISHARES NATIONAL MUNI BOND ETF (MUB) | A | Dividend | J | T | Buy | 12/06/18 | M | | |
| 135.  ISHARES GOLD TRUST (IAU) | A | Dividend | J | T | Sold (part) | 09/05/18 | J | A | |
| 136.  ISHARES MSCI HONG KONG INDEX FUND (EWH) | A | Dividend | | | Buy (add'l) | 06/05/18 | J | | |
| 137. | | | | | Sold | 09/05/18 | J | A | |
| 138.  ISHARES TR BARCLAYS 7-10 YR TREAS.BOND FD (IEF) | A | Dividend | | | Buy (add'l) | 05/03/18 | K | | |
| 139. | | | | | Sold | 06/05/18 | K | A | |
| 140.  ISHARES (TR BARCLAYS) TIPS BOND FUND (TIP) | B | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 141. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 142.  ISHARES IBOXX HIGH YIELDBOND ETF (HYG) | A | Dividend | J | T | Buy (add'l) | 05/16/18 | J | | |
| 143.  ISHARES TR CORE MSCI EAF ETF (IEFA) | C | Dividend | L | T | Buy (add'l) | 05/16/18 | L | | |
| 144. | | | | | Sold (part) | 06/20/18 | J | A | |
| 145. | | | | | Buy (add'l) | 08/31/18 | L | | |
| 146. | | | | | Sold (part) | 12/06/18 | K | A | |
| 147.  ISHARES INC CORE MSCI EMERGING MKTS ETF (IEMG) | C | Dividend | L | T | Buy (add'l) | 05/16/18 | J | | |
| 148. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 149. | | | | | Sold (part) | 12/20/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 150. ISHARES TR RUSSELL 2000 RUSSELL 2000 INDEX FUND (IWM) | A | Dividend | J | T | | | | | |
| 151. INVESCO EMERGING MARKETS SOVEREIGN DEBT ETF (PCY) | A | Dividend | J | T | Buy | 05/16/18 | J | | |
| 152. | | | | | Sold (part) | 06/20/18 | J | A | |
| 153. INVESCO PREFERRED ETF (PGX) | A | Dividend | J | T | Buy | 05/16/18 | J | | |
| 154. LORD ABBETT SHORT DUR INCOME FD CL I (LLDYX) | A | Dividend | | | Buy | 06/18/18 | L | | |
| 155. | | | | | Sold | 08/31/18 | L | A | |
| 156. LORD ABBETT SHORT DUR INCOME FD CL A (LALDX) | B | Dividend | | | Sold | 06/18/18 | K | A | |
| 157. METROPOLITAN WEST TOTAL RETURN BOND I (MWTIX) | C | Dividend | M | T | | | | | |
| 158. OAKMARK EQUITY & INCOME FD ADV (OAYBX) | D | Dividend | | | Sold | 08/31/18 | M | | |
| 159. OAKMARK INTL FD ADV (OAYIX) | D | Dividend | M | T | | | | | |
| 160. OPPENHEIMER INTL SMALL MID COMPANY Y (OSMYX) | C | Dividend | K | T | Buy | 06/26/18 | K | | |
| 161. OPPENHEIMER INTL SMALL COMPANY FD CL A (OSMAX) | A | Dividend | | | Sold | 06/26/18 | K | | |
| 162. OPPENHEIMER DEVELOPING MKTS FD CL Y (ODVYX) | A | Dividend | L | T | | | | | |
| 163. PARNASSUS CORE EQTY FD INST (PRILX) | D | Dividend | M | T | | | | | |
| 164. PIMCO FOREIGN BD USD HEDGED CL INST (PFORX) | A | Dividend | K | T | Buy | 06/14/18 | K | | |
| 165. PIMCO ENHANCED SHORT MATURITY ACTIVE ETF (MINT) | A | Dividend | K | T | Buy (add'l) | 03/05/18 | J | | |
| 166. | | | | | Sold (part) | 09/05/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 167. PIMCO FOREIGN BOND USD HEGDED CL A (PFOAX) (see Part VIII) | A | Dividend | | | Sold | 06/14/18 | L | A | |
| 168. INVESCO (formerly POWERSHS) VARIABLE RATE PRF ETF (VRP) | A | Dividend | | | Buy (add'l) | 02/01/18 | J | | |
| 169. | | | | | Sold (part) | 10/31/18 | J | A | |
| 170. | | | | | Sold | 11/29/18 | J | A | |
| 171. INVESCO (formerly POWERSHS) S&P ETF 500 LOW VOLATILITY (SPLV) | D | Dividend | N | T | Sold (part) | 04/23/18 | K | D | |
| 172. | | | | | Sold (part) | 05/16/18 | L | E | |
| 173. INVESCO (formerly POWERSHS) QQQ TRUST SER 1 (QQQ) | A | Dividend | K | T | Sold (part) | 02/01/18 | J | C | |
| 174. | | | | | Buy (add'l) | 05/03/18 | K | | |
| 175. | | | | | Sold (part) | 11/29/18 | J | B | |
| 176. T ROWE PRICE TAX FREE SHORT INTERM I (TTSIX) | A | Dividend | | | Buy | 07/19/18 | K | | |
| 177. | | | | | Sold | 12/06/18 | K | A | |
| 178. T ROWE PRICE TAX FREE SHORT INTERM INV (PRFSX) | A | Dividend | | | Sold | 07/19/18 | K | A | |
| 179. SCHWAB AMT TAX FREE MONEY FUND INVESTOR SHS (SWWXX) | A | Dividend | L | T | Buy | 03/27/18 | K | | |
| 180. SCHWAB FUNDAMENTAL US SMALL COM ETF (FNDA) | A | Dividend | | | Buy | 08/31/18 | K | | |
| 181. | | | | | Sold | 12/06/18 | K | A | |
| 182. SCHWAB VALUE ADVANTAGE MONEY FUND (SWVXX) | B | Dividend | L | T | Buy | 08/31/18 | M | | |
| 183. | | | | | Sold (part) | 12/06/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 184. SCHWAB FUNDAMENTAL INTL LARGE COMPANY ETF (FNDF) | A | Dividend | K | T | | | | | |
| 185. SCHWAB FUNDAMENTAL INTL SMALL COMPANY ETF (FNDC) | A | Dividend | K | T | | | | | |
| 186. SCHWAB US DIVIDEND EQUITY ETF (SCHD) | A | Dividend | J | T | | | | | |
| 187. SCHWAB US LARGE CAP GROWTH ETF (SCHG) | A | Dividend | J | T | | | | | |
| 188. SELECT STR FINANCIAL SELECT SPDR ETF (XLF) | A | Dividend | | | Buy | 06/05/18 | J | | |
| 189. | | | | | Sold | 10/31/18 | J | A | |
| 190. SELECT SECTOR HEALTH CARE SPDR ETF (XLV) | A | Dividend | J | T | Buy (add'l) | 06/05/18 | J | | |
| 191. | | | | | Sold (part) | 10/31/18 | J | A | |
| 192. SPDR FUND CONSUMER STAPLES ETF (XLP) | A | Dividend | J | T | Buy | 10/31/18 | J | | |
| 193. SPDR BLOOMBERG BARCLAYS SHORT TERM HIGH ETF (SJNK) | B | Dividend | K | T | | | | | |
| 194. SPDR GOLD SHARES ETF (GLD) | A | Dividend | K | T | | | | | |
| 195. S P D R S&P 500 ETF (SPY) | A | Dividend | K | T | Buy (add'l) | 06/05/18 | J | | |
| 196. | | | | | Buy (add'l) | 07/02/18 | K | | |
| 197. | | | | | Sold (part) | 11/29/18 | K | D | |
| 198. SPDR S&P Dividend ETF (SDY) | B | Dividend | L | T | | | | | |
| 199. Schwab S&P 500 Index FD (SWPPX) | C | Dividend | M | T | | | | | |
| 200. TCW TOTAL RETURN BOND FUND I CLASS (TGLMX) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 201. USAA TAX EXEMPT INTERM TERM FUND (USATX) | C | Dividend | K | T | Sold (part) | 12/06/18 | M | A | |
| 202. VANGUARD VALUE ETF (VTV) | D | Dividend | N | T | Sold (part) | 04/23/18 | K | E | |
| 203. | | | | | Buy (add'l) | 05/16/18 | K | | |
| 204. Vanguard Growth ETF (VUG) | D | Dividend | O | T | Sold (part) | 04/24/18 | L | E | |
| 205. | | | | | Sold (part) | 05/16/18 | K | F | |
| 206. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 207. VANGUARD EQUITY INCOME FD ADMIRAL SHS (VEIRX) | B | Dividend | K | T | | | | | |
| 208. VANGUARD INTERMEDIATE TERM CORE ETF (VCIT) | B | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 209. | | | | | Sold (part) | 03/05/18 | J | A | |
| 210. | | | | | Sold (part) | 08/02/18 | K | A | |
| 211. VANGUARD INTERMEDIATE TERM BOND ETF (BIV) | A | Dividend | L | T | Buy | 05/16/18 | K | | |
| 212. | | | | | Sold (part) | 06/22/18 | J | A | |
| 213. VANGUARD SHORT TERM BOND (BSV) | A | Dividend | J | T | Buy | 05/16/18 | K | | |
| 214. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 215. VANGUARD SMALL CAP GROWTH ETF (VBK) | A | Dividend | J | T | Buy | 05/16/18 | J | | |
| 216. | | | | | Buy | 06/21/18 | J | | |
| 217. VANGUARD SMALL CAP VALUE ETF (VBR) | A | Dividend | J | T | Buy | 05/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 218. VANGUARD CONSUMER DISCRETIONARY ETF (VCR) | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 219. VANGUARD FTSE ALL WORLD EX US ETF (VEU) | A | Dividend | K | T | Buy | 12/06/18 | K | | |
| 220. VANGUARD INTERM TERM TAX EXEMPT FD ADMIRAL SHARE (VWIUX) | A | Dividend | M | T | Buy | 12/06/18 | M | | |
| 221. VANGUARD SHORT TERM TREASURY ETF (VGSH) | A | Dividend | K | T | Buy | 11/29/18 | K | | |
| 222. VANGUARD INTL EQTY ETF GLOBAL EX-US REAL ESTATE (VNQI) | B | Dividend | K | T | | | | | |
| 223. VANGUARD REIT (VNQ) | C | Dividend | L | T | | | | | |
| 224. VANGUARD SMALL CAP VALUE (VBR) | A | Dividend | K | T | | | | | |
| 225. VANGUARD WHITEHALL FUNDS HIGH DIVIDEND YIELD (VYM) | C | Dividend | L | T | | | | | |
| 226. VANGUARD DIVIDEND APPRECIATION ETF (VIG) | A | Dividend | K | T | Buy (add'l) | 04/04/18 | J | | |
| 227. | | | | | Buy (add'l) | 08/02/18 | K | | |
| 228. | | | | | Sold (part) | 10/31/18 | J | C | |
| 229. VANGUARD FTSE Developed Markets ETF (VEA) | B | Dividend | K | T | Sold (part) | 04/04/18 | J | B | |
| 230. | | | | | Sold (part) | 06/05/18 | J | C | |
| 231. VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | J | T | Sold (part) | 02/01/18 | J | B | |
| 232. | | | | | Sold (part) | 05/03/18 | J | A | |
| 233. | | | | | Sold (part) | 06/05/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 234. | | | | | Sold (part) | 07/02/18 | K | C | |
| 235. VANGUARD FTSE EUROPE ETF (VGK) | A | Dividend | | | Sold | 04/04/18 | J | A | |
| 236. VANGUARD TOTAL STOCK MKT ETF (VTI) | A | Dividend | K | T | | | | | |
| 237. VANGUARD RUSSELL 2000 ETF IV (VTWO) | A | Dividend | L | T | | | | | |
| 238. WESTERN ASSET CORE PLUS BD FD IS (WAPSX) | B | Dividend | L | T | Buy | 09/13/18 | L | | |
| 239. WESTERN ASSET CORE PLUS BD FD I (WACPX) | C | Dividend | | | Sold | 09/13/18 | L | A | |
| 240. WISDOMTREE DIVIDEND EX FINANCIALS FUND (DTN) | B | Dividend | K | T | | | | | |
| 241. ABBVIE INC 2%18 DUE 11/06/18 | A | Interest | | | Redeemed | 11/06/18 | K | A | |
| 242. AMAZON COM INC 2.6%19 DUE 12/05/19 | A | Interest | K | T | | | | | |
| 243. GOLDMAN SACHS BK US 2%20 CD DUE 4/22/20 | A | Interest | K | T | | | | | |
| 244. SIMON PPTY GRP 4.125%21 DUE 12/01/21 | B | Interest | K | T | | | | | |
| 245. US TREASURY NOTE 1.625% DUE 08/31/19 | B | Interest | N | T | Buy | 08/14/18 | N | | |
| 246. US TREASURY BILL DUE 02/14/19 | A | Interest | L | T | Buy | 08/14/18 | L | | |
| 247. CHARLESTON CO SC EDL EXCE 5%23REV DUE 12/01/23 | B | Interest | K | T | | | | | |
| 248. DALLAS FORT WORTH REV DUE 11/01/22 | A | Interest | K | T | | | | | |
| 249. FLORIDA ST BOARD ED 5% DB UTX DUE 06/01/30 | A | Interest | L | T | Buy | 12/27/18 | L | | |
| 250. FORSYTH CNTY GA SD 5%20GO UTX DUE 02/01/20 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 251. GEORGIA ST 5%20GO LTX DUE 09/01/20 | B | Interest | K | T | | | | | |
| 252. GEORGIA ST ROAD & T 5% EXCISE TAX DUE 06/01/21 | B | Interest | L | T | Buy | 10/01/18 | L | | |
| 253. HAWAII, STATE OF 5%28 VP DUE 05/01/28 | B | Interest | K | T | | | | | |
| 254. HOUSTON TEX INDPT 5%23GO LTX DUE 02/15/23 | B | Interest | K | T | | | | | |
| 255. IN FIN AUTH HLTH SY 5%27 HOSP HLTH DUE 11/01/27 XTRO | B | Interest | L | T | | | | | |
| 256. JEA FLA Wtr & Swr 5% 21 REV DUE 10/01/21 | A | Interest | K | T | | | | | |
| 257. KY ST TPK AUTH 5%26 ROAD TRAN DUE 07/01/26 | B | Interest | L | T | | | | | |
| 258. MARTA GA 4% EXCISE TAX DUE 07/01/29 | A | Interest | L | T | Buy | 10/01/18 | L | | |
| 259. MA ST WTR POLL ABAT 5%25AUTH POOL DUE 08/01/25 | B | Interest | K | T | | | | | |
| 260. MET T AUTH NY REV 5%26 TRAN COMB DUE 11/15/26 | B | Interest | K | T | | | | | |
| 261. Minnesota PUB FACS 5% 20 REV DUE 03/01/20 | A | Interest | K | T | | | | | |
| 262. Minnesota ST 4% 18GO UTX DUE 08/01/18 | A | Interest | | | Matured | 08/01/18 | K | A | |
| 263. NC ST LTD OBG REV 5% 5/1/2025 | B | Interest | L | T | | | | | |
| 264. New Jersey Turnpike NJ REV 5% 1/1/25 | B | Interest | K | T | | | | | |
| 265. PENNSYLVANIA ST 5%20GO UTX DUE 07/01/20 | B | Interest | K | T | | | | | |
| 266. PORT SEATTLE WA 5%28 PA TRAN DUE 05/01/28 | B | Interest | K | T | | | | | |
| 267. SAN FRANCISCO CALIF GO U/LTX SCH IMPT DUE 06/15/24 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 268. Texas ST 5% 19GO DUE 10/01/19 | A | Interest | K | T | | | | | |
| 269. Univ Cincinnati OH REV 5% 6/1/23 | B | Interest | L | T | | | | | |
| 270. VIRGINIA COLLEGE BL 5%26 FAC EDUC DUE 02/01/26 | B | Interest | L | T | | | | | |
| 271. WASHINGTON ST FOR 5%19GO UTX DUE 07/01/19 (see Part VIII) | A | Interest | K | T | | | | | |
| 272. WISCONSIN ST TRANSN 5%24REV DUE 07/01/24 | B | Interest | K | T | | | | | |
| 273. SCH MUNI MONEY FUND SWEEP SHARES (SWXXX) | A | Dividend | K | T | | | | | |
| 274. ABBOTT LABORATORIES GLB 03.400% NOV 30 2023 | A | Interest | J | T | Buy | 06/01/18 | J | | |
| 275. ACE INA HOLDINGS COMPANY GUARNT GLB 02.875% NOV 03 2022 | A | Interest | J | T | Buy | 05/23/18 | J | | |
| 276. AIR LEASE CORP GLB 03.250% MAR 01 2025 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 277. AMERICAN HONDA FINANCE SER MTN 02.450% SEP 24 2020 | A | Interest | J | T | Buy | 05/23/18 | J | | |
| 278. APACHE CORP GLB 03.250% APR 15 2022 | A | Interest | J | T | Buy | 05/23/18 | J | | |
| 279. AT&T INC GLB 03.200% MAR 01 2022 | A | Interest | J | T | Buy | 05/23/18 | J | | |
| 280. | | | | | Sold | 06/21/18 | J | A | |
| 281. BERKSHIRE HATHAWAY INC GLB 02.200% MAR 15 2021 | A | Interest | J | T | Buy | 05/23/18 | J | | |
| 282. BOSTON PROPERTIES LP GLB 02.750% OCT 01 2026 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 283. BP CAPITAL MARKETS PLC COMPANY GUARNT GLB 03.561% NOV 01 2021 | A | Interest | J | T | Buy | 06/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 284. CATERPILLAR FINANCIAL SE SER MTN 02.100% JUN 09 2019 | A | Interest | J | T | Buy | 05/23/18 | J | | |
| 285. CELGENE CORP GLB 03.625% MAY 15 2024 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 286. CHARLES SCHWAB CORP GLB 03.225% SEP 01 2022 | A | Interest | J | T | Buy | 07/25/18 | J | | |
| 287. CITIGROUP INC SUBORDINATED GLB 04.300% NOV 20 2026 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 288. DOWDUPONT INC GLB 04.205% NOV 15 2023 | A | Interest | J | T | Buy | 12/10/18 | J | | |
| 289. DUKE ENERGY CORP GLB 03.150% AUG 15 2027 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 290. E.I. DU PONT DE NEMOURS GLB 02.800% FEB 15 2023 | A | Interest | J | T | Buy | 05/23/18 | J | | |
| 291. ECOLAB INC GLB 03.250% DEC 01 2027 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 292. EDISON INTERNATIONAL GLB 04.125% MAR 15 2028 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 293. EPR PROPERTIES COMPANY GUARNT GLB 04.950% APR 15 2028 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 294. FEDEX CORP COMPANY GUARNT 03.400% FEB 15 2028 | A | Interest | J | T | Buy | 05/23/18 | J | | |
| 295. FIDELITY NATIONAL INFORM COMPANY GUARNT GLB 03.500% APR 15 2023 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 296. GENERAL MOTORS FINL CO COMPANY GUARNT GLB 04.000% OCT 06 2026 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 297. GILEAD SCIENCES INC GLB 01.850% SEP 20 2019 | A | Interest | | | Buy | 05/24/18 | J | | |
| 298. | | | | | Sold | 08/23/18 | J | A | |
| 299. HOME DEPOT INC GLB 03.350% SEP 15 2025 | A | Interest | J | T | Buy | 05/29/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 300. INTEL CORP GLB 02.875% MAY 11 2024 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 301. JOHN DEERE CAPITAL CORP SER MTN 02.300% SEP 16 2019 | A | Interest | J | T | Buy | 12/27/18 | J | | |
| 302. KEYCORP SER MTN 05.100% MAR 24 2021 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 303. KINDER MORGAN ENER PART COMPANY GUARNT 03.500% MAR 01 2021 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 304. MARRIOTT INTERNATIONAL \SER X GLB 04.000% APR 15 2028 | A | Interest | J | T | Buy | 05/23/18 | J | | |
| 305. MCDONALD'S CORP SER MTN 02.750% DEC 09 2020 | A | Interest | J | T | Buy | 05/23/18 | J | | |
| 306. NORTHROP GRUMMAN CORP GLB 02.080% OCT 15 2020 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 307. ORACLE CORP GLB 02.500% OCT 15 2022 | A | Interest | J | T | Buy | 05/23/18 | J | | |
| 308. PHILIP MORRIS INTL INC GLB 01.375% FEB 25 2019 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 309. REYNOLDS AMERICAN INC COMPANY GUARNT GLB 04.450% JUN 12 2025 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 310. SOUTHERN CO GLB 01.850% JUL 01 2019 | A | Interest | J | T | Buy | 11/06/18 | J | | |
| 311. STARBUCKS CORP GLB 02.200% NOV 22 2020 | A | Interest | J | T | Buy | 05/31/18 | J | | |
| 312. TIME WARNER INC COMPANY GUARNT GLB 03.550% JUN 01 2024 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 313. TOYOTA MOTOR CREDIT CORP SER MTN 02.900% APR 17 2024 | A | Interest | J | T | Buy | 06/01/18 | J | | |
| 314. UNITED PARCEL SERVICE - 02.500% APR 01 2023 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 315. USD NUTRIEN LTD 4.000% DEC 15 2026 | A | Interest | J | T | Buy | 05/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 04/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 316. VERIZON COMMUNICATIONS GLB 04.125% MAR 16 2027 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 317. WALT DISNEY COMPANY/THE SER GMTN GLB 03.150% SEP 17 2025 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 318. WASTE MANAGEMENT INC COMPANY GUARNT GLB 03.150% NOV 15 2027 | A | Interest | J | T | Buy | 05/24/18 | J | | |
| 319. Trust #2 | | | | | | | | | |
| 320. - Wells Fargo cash acc't | A | Interest | N | T | | | | | |
| 321. - Cornerstone Bank cash acc't | A | Interest | | | Closed | 12/13/18 | M | A | |
| 322. - Coca-Cola common stock | B | Dividend | L | T | | | | | |
| 323. - Fidelity Bank cash acc't | A | Interest | N | T | | | | | |
| 324. - SunTrust Bank cash acc't | A | Interest | | | Closed | 04/13/18 | M | A | |
| 325. Estate #1 (X) | | | | | | | | | |
| 326. - Wells Fargo cash accts | A | Interest | M | T | | | | | |
| 327. - MetLife, Inc. common stock | B | Dividend | J | T | | | | | |
| 328. - Brighthouse Financial, Inc. common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, line 123:  ISHARES TR BOND 1-3 YEAR CREDIT BOND ETF (CSJ), listed in the 2017 FDR at line 100, became ISHARES SHORT TERM CORPORATE BD ETF (IGSB) as the result of a stock split on 8/8/18.

2) Part VII, line 167:  PIMCO FOREIGN BOND FUND CLASS D (PFODX), listed in the 2017 FDR at line 132, merged into PIMCO FOREIGN BD USD HEDGED CL A (PFOAX) on 3/26/18.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Julie E. Carnes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544